UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DENNIS LARAMORE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 4:17-CV-2283 RLW |
| ZACH JACOBSEN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's request for an extension of time to amend his complaint and pay the initial partial filing fee. The Court will provide plaintiff an additional twenty-one (21) days to comply with the Court's January 22, 2018 Memorandum and Order in all respects, including its instructions on joinder of claims and proper pleading pursuant to Federal Rules of Civil Procedure 8 and 10.

Accordingly,

**IT IS HEREBY ORDERED** that no later than twenty-one (21) days from the date of this Memorandum and Order, plaintiff shall pay an initial partial filing fee of $32.45 to the United States District Court for the Eastern District of Missouri Clerk's office. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that plaintiff shall submit an amended complaint, in accordance with the Federal Rules of Civil Procedure and the instructions set forth in the Court's

January 22, 2018 Memorandum and Order, no later than twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to plaintiff two (2) blank forms for the filing of a prisoner civil rights complaint. Plaintiff may request additional forms from the Clerk, as needed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff a copy of the January 22, 2018 Memorandum and Order.

**If plaintiff fails to timely comply with this Order, the Court may dismiss this action, without prejudice and without further notice.**

Dated this 5th day of March, 2018.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE