UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DENNIS LARAMORE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:17CV2283 RLW |
|  | ) |  |
| ZACH JACOBSEN, et al., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Dennis Laramore's Request for Appointment of Counsel (ECF No. 43), which the Court construes as a Motion to Appoint Counsel. Plaintiff initially requested appointment of counsel on April 13, 2018. (ECF No. 20) After considering the relevant factors, *see Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984) and *Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986), the Court found Plaintiff had demonstrated he could adequately present his claims and denied his request to appoint counsel without prejudice.[1] (ECF N0. 21)

Plaintiff has filed another request for counsel in which he claims he has no one to investigate his claims for deliberate indifference to his medical needs and unconstitutional conditions of confinement. (ECF No. 43) However, he has neither identified any records or documents that he requires nor suggested he is unable to acquire what he needs.

Accordingly,

---

[1] Plaintiff currently has a separate case pending in this district before the Honorable John A. Ross. *Laramore v. Thompson*, No. 4:17CV1618 JAR. Like the undersigned in this case, Judge Ross has repeatedly found that Plaintiff has demonstrated his ability to adequately prosecute his case and denied multiple requests for appointment of counsel.

**IT IS HEREBY ORDERED** that Plaintiff Dennis Laramore's Motion to Appoint Counsel (ECF No. 43) is **DENIED**.

Dated this 8th day of July, 2019.

								        *Ronnie L. White*
								        **RONNIE L. WHITE**
								        **UNITED STATES DISTRICT JUDGE**