UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS LARAMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17CV2283 RLW |
| | ) |
| ZACH JACOBSEN, et al., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Dennis Laramore's third Motion to Appoint Counsel. (ECF No. 49) Plaintiff initially requested appointment of counsel on April 13, 2018. (ECF No. 20) After considering the relevant factors, *see Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984) and *Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986), the Court found Plaintiff had demonstrated he could adequately present his claims and denied his request to appoint counsel without prejudice. (ECF Nos. 21) Plaintiff moved for appointment of counsel again on January 4, 2019 and claimed he has no one to investigate his claims for deliberate indifference to his medical needs and unconstitutional conditions of confinement. (ECF No. 43) The Court denied the second motion and noted he had neither identified any records or documents that he required nor suggested he is unable to acquire what he needs. (ECF No. 46)

In the instant motion, Plaintiff claims his health has deteriorated and that he suffers from short term memory. He also alleges he suffers from sleep deprivation and has been unable to obtain medical care for a rash he contracted while in jail or an ongoing dental problem. (ECF No. 49) Despite his repeated claims that he needs counsel to obtain records and investigate his

claims, he still has not identified any records or documents that he requires or shown he is unable to acquire what he needs. In fact, his reply memorandum includes numerous offender grievance forms and responses from medical personnel. These documents suggest that he either has relevant documents in his possession or is capable of obtaining them on his own.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Dennis Laramore's third Motion to Appoint Counsel (ECF No. 49) is **DENIED**.

Dated this 19th day of November, 2019.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**