UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS LARAMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-02283-SEP |
| | ) | |
| ZACH JACOBSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion to Strike Defendants' Reply

Memorandum in Support of Defendant's Motion for Summary Judgment.  Doc. [83].

Rule 12(f) of the Federal Rules of Civil Procedure provides that a "court may strike from

a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous

matter." Fed. R. Civ. P. 12(f).  "A motion to strike is properly directed only to material contained

in pleadings." *Khamis v. Bd. of Regents, Se. Mo. State Univ.,* No. 1:09-CV-145-RWS, 2010 WL

1936228, at *1 (E.D. Mo. May 13, 2013) (quoting *Mecklenburg Farm, Inc. v. Anheuser-Busch,*

*Inc.*, No. 4:07-CV-1719-CAS, 2008 WL 2518561, at *1 (E.D. Mo. June 19, 2008)).  Rule 7(a)

defines "pleadings" as a complaint, an answer to a complaint, an answer to a counterclaim, an

answer to a crossclaim, a third-party complaint, and if the court orders one, a reply to an answer.

Fed. R. Civ. P. 7(a).

The document that Plaintiff seeks to strike is not a pleading, and courts in this district

have generally not permitted parties to attack such non-pleadings through motions to strike.  *See,*

*e.g., Shea v. Peoples Nat. Bank,* No. 4:11-CV-1415-CAS, 2013 WL 74374, at *1 and *2, (E.D.

1

Mo. Jan. 7, 2013) (citing cases); *Khamis,* 2010 WL 1936228, at *1 (the document attached to the

memorandum in opposition "is not a pleading and cannot be attacked with a motion to strike");

*see also Milk Drivers Local Union No. 387 v. Roberts Dairy,* 219 F.R.D. 151, 152 (S.D. Iowa

2003) ("Pleadings include complaints, answers, replies to counterclaims, answer to cross-claims,

third-party complaints, and third-party answers. Therefore, a motion to strike a motion for

summary judgment is inappropriate and should be denied.") (internal citations omitted;

collecting cases).  Thus, the Court will deny Plaintiff's motion to strike Defendants' reply brief,

as that document is not a pleading.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendants' Reply

Memorandum in Support of Defendant's Motion for Summary Judgment (Doc. [83]) is

**DENIED**.


Dated this 20th day of April, 2020.



SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

2